# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA,**

v.  CASE NO: 8:10-cr-451-T-30TGW

**EMILIANO VALDIVIEZ-GARZA**

_____/

## ORDER DISMISSING INDICTMENT

THIS CAUSE comes before the Court pursuant to remand from the 11th Circuit, Court of Appeals [Dkt. 62] with instructions to dismiss the Indictment.

It is therefore **ORDERED AND ADJUDGED** that the Indictment in this case is dismissed. The Clerk of Court is directed to close the case. The defendant shall be released from the custody of the U.S. Marshal. If the defendant has any other pending charges or holds against him, he shall be transferred into the custody of the appropriate entity.

**DONE** and **ORDERED** in Tampa, Florida on April 12, 2012.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES TO**:
Counsel/Parties of Record
United States Marshal

S:\Odd\2010\10-cr-451.dismiss.wpd